**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

In re Medtronic, Inc. Sprint Fidelis
Leads Products Liability Litigation

This document relates to:

Peter Rumsey v. Medtronic, Inc., *et al.*, Civ. No. 08-5740
Thomas Bergstrom v. Medtronic, Inc., *et al.*, Civ. No. 08-5803
Robert Lindsay v. Medtronic, Inc., *et al.*, Civ. No. 08-5804
Joan Mullally v. Medtronic, Inc., *et al.*, Civ. No. 08-5805
Margaret Gray v. Medtronic, Inc., *et al.*, Civ. No. 08-5850

Multidistrict Litigation
No. 08-1905 (RHK/JSM)
**ORDER**

---

The Motions of the Plaintiffs in these three cases to withdraw their Notices of Appeal (Doc. No. 27 in 08-5740; Doc. No. 25 in 08-5803; Doc. No. 26 in 08-5804; Doc. No. 26 in 08-5805; Doc. No. 26 in 08-5850) are **GRANTED**. The Clerk of the Court is directed to refund to each Plaintiff the $455 appeal fee paid in connection with her Notice of Appeal.

Dated: June 17, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge